IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELIUS MOORE,

    Petitioner,   No. CIV S-98-1625 WBS JFM P

  vs.

GEORGE GALAZA, et al.,

    Respondents.   <u>ORDER</u>

_____/

    Pursuant to the stipulated request of counsel, and good cause appearing, IT IS HEREBY ORDERED that the parties are granted an extension of time until July 18, 2005 to file a joint status report as required by this court's February 3, 2005 order.

DATED: June 2, 2005.

                    _____
                    UNITED STATES MAGISTRATE JUDGE

12
moor1625.ext2

1