BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARY JO GRAVES
Senior Assistant Attorney General
BRIAN R. MEANS
Supervising Deputy Attorney General
State Bar No. 158368
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-5276
   Fax: (916) 324-2960
   Email: Brian.Means@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNELIUS MOORE,**<br><br>                    Petitioner,<br><br>   v.<br><br>**GEORGE GALAZA, et al.,**<br><br>                  Respondents. | CIV S-98-1625 GEB JFM P<br><br>**ORDER RE REQUEST FOR ONE DAY EXTENSION OF TIME** |

     For good cause shown, Respondent's request for a one day extension of time for the parties to file their status report is granted. The parties' status report is due July 19, 2005.

IT IS SO ORDERED:

DATED: July 19, 2005.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/moor1625.one

Order re Request for One Day Extension of Time

1