1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CORNELIUS MOORE,

11              Petitioner,                No. CIV S-98-1625 WBS JFM P

12        vs.

13   GEORGE GALAZA, et al.,

14              Respondents.              ORDER

15   _____/

16              Pursuant to the stipulated request of counsel, and good cause appearing, IT IS

17   HEREBY ORDERED that the parties are granted an extension of time until November 3, 2005 to

18   file a joint status report as required by this court's February 3, 2005 order.

19   DATED:  September 8, 2005.

20

21

22                              UNITED STATES MAGISTRATE JUDGE

23   12
     moor1625.ext4
24

25

26

1