IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELIUS MOORE,

    Petitioner,                   No. CIV S-98-1625 WBS JFM P

  vs.

GEORGE GALAZA, et al.,

    Respondents.                <u>ORDER</u>

                             /

        Pursuant to the stipulated request of counsel contained in the fifth joint status report filed November 3, 2005, and good cause appearing, IT IS HEREBY ORDERED that the parties shall file a further joint status report on or before November 29, 2005.

DATED: November 16, 2005.

                                               /s/ John F. Moulds
                               UNITED STATES MAGISTRATE JUDGE

12
moor1625.ext5