IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELIUS MOORE,

    Petitioner,                      No. CIV S-98-1625 WBS JFM P

    vs.

GEORGE GALAZA, et al.,

    Respondents.              <u>ORDER</u>

                              /

        Pursuant to the stipulated request of counsel contained in the sixth joint status report filed November 29, 2005, and good cause appearing, IT IS HEREBY ORDERED that the parties shall file a further joint status report on or before January 12, 2006.

DATED: December 6, 2005.

                                          /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

12
moor1625.ext6