IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELIUS MOORE,

    Petitioner,                    No. CIV S-98-1625 WBS JFM P

    vs.

GEORGE GALAZA, et al.,

    Respondents.               ORDER

_____/

    Pursuant to the stipulated request of counsel contained in the eighth joint status report filed March 3, 2006, and good cause appearing, IT IS HEREBY ORDERED that the parties shall file a further joint status report on or before April 17, 2006.

DATED: March 7, 2006.

                            UNITED STATES MAGISTRATE JUDGE

12
moor1625.ext8