IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELIUS MOORE,

    Petitioner,                        No. CIV S-98-1625 WBS JFM P

    vs.

GEORGE GALAZA, et al.,

    Respondents.                   <u>ORDER</u>

_____/

        Pursuant to the stipulated request of counsel contained in the ninth joint status report filed April 21, 2006, and good cause appearing, IT IS HEREBY ORDERED that the parties shall file a further joint status report not later than ten days after issuance of the written opinion of the state superior court on petitioner's state habeas corpus petition.

DATED: May 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
moor1625.ext9