```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
CORNELIUS MOORE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS MOORE,<br><br>    Petitioner,<br><br>  v.<br><br>GEORGE GALAZA, et al.,<br><br>    Respondents. | NO. CIV S 98-1625 WBS JFM<br><br>**REQUEST TO EXTEND TIME TO FILE SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS; ORDER**<br><br>Judge: Hon. JOHN F. MOULDS |

Pursuant to Local Rule 6-142, Petitioner, CORNELIUS MOORE, by and through his counsel, hereby requests an extension of one day in which to file a supplemental memorandum of points and authorities in supprot of the second amended petition for writ of habeas corpus, which is currently due November 1, 2006.

This brief extension, which is the first request for extension, is being sought because counsel's obligations in other cases and unforseen computer difficulties.  It is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.  The undersigned attempted to contact respondent's counsel, Deputy Attorney General Brian R. Means, but was unable to speak with him.

Accordingly, petitioner requests this Court enter the order being filed simultaneously with this request.

Dated:  November 1, 2006

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

_____            /s/ *Daniel J. Broderick*
                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      Attorneys for Petitioner
                                      CORNELIUS MOORE

---------------

IT IS HEREBY ORDERED, for the reasons stated in Petitioner's request for an extension of time, that the time for Petitioner to file a supplemental memorandum of points and authorities in support of the second amended petition for writ of habeas corpus is extended to November 2, 2006.  Respondents' supplemental memorandum of points and authorities shall be filed by December 4, 2006, and petitioner's optional reply memorandum may be filed by December 18, 2006.

Dated: November 13, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/moor1625.suppext

2