IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNELIUS MOORE,** | CIV S-98-1625 GEB JFM P |
| Petitioner, | **ORDER** |
| v. | Judge: John F. Moulds |
| **GEORGE GALAZA, et al.,** | |
| Respondents. | |

For good cause shown, the time period for Respondents to file their supplemental brief shall be extended 40 days.

IT IS SO ORDERED:

Dated: December 6, 2006.

UNITED STATES MAGISTRATE JUDGE

/moor1625.ext40

Request for a 40-Day Extension of Time

1