IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORNELIUS GEROME MOORE,** | 2:98-cv-01625-WBS-JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **GEORGE GALAZA, et al.,** | |
| Respondents. | |

    Respondents have requested an extension of time to respond to post-state-evidentiary-hearing supplemental briefing. Good Cause appearing,

    IT IS ORDERED THAT Respondents are granted an extension of time of twenty days, up to and including February 5, 2007, for filing Respondents' post-state-evidentiary-hearing supplemental briefing.

Dated: January 16, 2007.

_UNITED STATES MAGISTRATE JUDGE_